IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Balenton, David C

Printed: 03/24/09

Case Number: 08 B 26505
Judge: Squires, John H
Filed: 10/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: January 22, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,507.10 |  |
| Secured: |  | 600.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,741.63 |
| Trustee Fee: |  | 165.47 |
| Other Funds: |  | 0.00 |
| Totals: | 2,507.10 | 2,507.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Richard E Sexner | Administrative | 1,904.00 | 1,741.63 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | First Investors Financial Service | Secured | 15,357.00 | 600.00 |
| 4. | Harris N A | Secured | 7,000.00 | 0.00 |
| 5. | Citi Residential Lending Inc | Secured | 12,500.00 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 91.11 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 134.55 | 0.00 |
| 8. | First Investors Financial Service | Unsecured | 32.84 | 0.00 |
| 9. | Sallie Mae | Unsecured | 3,324.78 | 0.00 |
| 10. | First Resolution Investment Corp | Unsecured |  | No Claim Filed |
| 11. | AT&T | Unsecured |  | No Claim Filed |
|  |  |  | $ 40,344.28 | $ 2,341.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 165.47 |
|  | $ 165.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Balenton, David C | Case Number: 08 B 26505 |
| | Judge: Squires, John H |
| Printed: 03/24/09 | Filed: 10/2/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*/s/ Mach*